## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dianna Martinez

                      Plaintiff,

v.                                               Case No.: 1:22−cv−05664

                                                      Honorable Matthew F. Kennelly

Unilever United States, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, December 11, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on plaintiff's status report, the telephonic status hearing set for 12/16/2022 is vacated and reset to 2/2/2023 at 9:05 AM, using the following call−in number: 888−684−8852, access code 746−1053. The joint status report required by the Court's initial order is to be filed on 1/26/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.