## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Dianna Martinez
                                                Plaintiff,

v.                                                                                Case No.: 1:22−cv−05664
                                                                                  Honorable Matthew F. Kennelly

Unilever United States, Inc.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the notice of voluntarily dismissal [10], this case is dismissed. Any hearing dates before the Court are stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.